THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THOMAS F. DAUGHERTY,<br><br>Plaintiff,<br><br>v.<br><br>COTTONWOOD HEIGHTS,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Case No. 2:23-cv-00556-DBP<br><br>Chief Magistrate Judge Dustin B. Pead |

Before the Court is the parties' Stipulated Motion to Amend Scheduling Order. For good cause appearing, the Court hereby GRANTS the Stipulated Motion and ORDERS that the following deadlines be amended as follows:

I. **FACT DISCOVERY**

    a. Close of fact discovery: <u>04/04/25</u>

    b. Final date for supplementation of disclosures and discovery under Rule 26(e): <u>04/04/25</u>

II. **AMENDMENT OF PLEADINGS/ADDING PARTIES**

    a. Last day to file motion to Amend Pleadings: <u>01/17/25</u>

    b. Last day to file motion to Add Parties: <u>01/17/25</u>

III. **RULE 26(A)(2) EXPERT DISCLOSURES & REPORTS**

    **Disclosures (subject and identity of experts)**

    a. Party(ies) bearing burden of proof: <u>04/28/25</u>

    b. Counter disclosures: <u>05/14/25</u>

    **Reports**

    a. Party(ies) bearing burden of proof: <u>05/21/25</u>

    b. Counter reports: <u>06/04/25</u>

IV. **OTHER DEADLINES**

    a. Last day for expert discovery: _06/25/25_

    b. Deadline for filing dispositive or potentially dispositive motions: _06/25/25_

    c. Deadline for filing partial or complete motions to exclude expert testimony: _06/25/25_

    d. Deadline for filing a request for a scheduling conference for the purpose of setting a trial date if no dispositive motions are filed: _07/02/25_

V. **SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION**

    a. The parties will complete private mediation/arbitration by: _04/03/25_

    b. Evaluate case for settlement/ADR on: _04/03/25_

SO ORDERED this 21 day of January, 2025.

BY THE COURT:

_____
Honorable Dustin B. Pead
United States Magistrate Judge

APPROVED AS TO FORM:

**NESTER LEWIS PLLC**

/s/ Kathryn N. Nester (with permission via email)
KATHRYN N. NESTER
WENDY M. LEWIS
*Attorneys for Plaintiff*

2