THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Thomas F. Daugherty,<br><br>Plaintiff,<br>v.<br><br>Cottonwood Heights et al.,<br><br>Defendants. | ORDER WITHDRAWING SETTLEMENT REFERRAL<br><br>Case No. 2:23-cv-00556-DBP<br><br>Magistrate Judge Dustin B. Pead |

The settlement referral in this matter is withdrawn based on the parties having been unable to reach a settlement at this time.[1]

DATED this 16 October 2026.

Dustin B. Pead
United States Magistrate Judge

[1] ECF No. 58, 68 and 69.